IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRADLEY J. YOUNG,

      Appellant,                      12cv0786
                                   **ELECTRONICALLY FILED**

        v.

1200 BUENA VISTA CONDOMINIUMS,
1200 BUENA VISTA UNIT OWNERS
ASSOCIATION, CITY OF PITTSBURGH,
COUNTY OF ALLEGHENY, PNC BANK,
N.A.,

      Appellees.

## Order re: Appeal from Bankruptcy Court (Doc. No. 1)

AND NOW, this 27th day of August, 2012, on consideration of the Notice of Appeal

(doc. no. 1), Brief of the Appellant (doc. no. 5), Brief of the Appellee (doc. no. 9), and Reply of

the Appellant (doc. no. 10), IT IS HEREBY ORDERED that the Order of the Bankruptcy Court

entered on March 30, 2012, is hereby REVERSED as to the dismissal of Adversary Proceeding

No. 11-2606 and the cause is REMANDED to the Bankruptcy Court for further proceedings

consistent with the contemporaneously entered Opinion of this Court.

                                   s/ Arthur J. Schwab
                                  Arthur J. Schwab
                                  United States District Judge

cc:     All counsel of record